1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10 | GRANT GARSKE,

11 |                                         Plaintiff,

12

13 | AMERICAN EXPRESS BANK,

14 |                                         Defendant.

15

CASE NO. 17cv1514-LAB (AGS)

**ORDER OF DISMISSAL**

vs.

16      The Court grants Garske's motion to dismiss the case with prejudice. Fed. R. Civ. P.

17 | 41. Each side will bear its own costs. The Clerk shall close the case.

18      **IT IS SO ORDERED**.

19 | DATED: November 24, 2017

20

21 | **HONORABLE LARRY ALAN BURNS**
United States District Judge

22
23
24
25
26
27
28
1